

FILED
May 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE THIRD DISTRICT COURT

OF APPEALS OF TEXAS

APPEALS COURT CASE NUMBER: 03-14-00820-CV

RECEIVED
MAY 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TRIAL COURT CASE NO. C-1-CV-14-008244

IN THE COUNTY COURT AT LAW NO. 1

TRAVIS COUNTY, TEXAS

Eue J. Jeong,                           )        Case No.: 03-14-00820-CV

                                        )

                    Appellant,          )

                                        )

        -v-                             )

                                        )

Texas Greenovation, LLC.                )

                                        )

                    Appellee,           )

MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Eue J Jeong, Appellant, moves this court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Eue J Jeong's Appellant's Brief was due to be filed with this court on April 30, 2015.

2. Eue J Jeong seeks a 110 days extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before Aug 19th 2015.

3. This extension of time is necessary because Eue J Jeong, Appellant, will be in travel overseas due to the family matters and the time constraints will make it difficult to adequately prepare the brief in this appeal. The issues are complex also due to the pending case with the J P Morgan Chase by the Appellant. Therefore, additional time is needed to adequately prepare the arguments in this case.

4. Eue J Jeong, Appellant, has conferred with counsel for Texas Greenovation, LLC and Dr. J Hyde does not oppose this motion to extend time.

5. This is the first extension of time Eue J Jeong has sought for the filing of the Appellant's Brief.

For these reasons, Eue J Jeong, Appellant, requests that this court render an order extending the time for filing Appellant's Brief to and including Aug 19th 2015. Eue J Jeong also requests any other relief to which he may be entitled to.

Respectfully submitted,

By:

Eue J Jeong
2900 Sunridge Dr. Apt 713, Austin TX 78741
512 791 6380
Ejeong1@gmail.com

CERTIFICATE OF CONFERENCE

This certifies that the undersigned, Eue J Jeong, Appellant, conferred with Counsel for the Appellee regarding the merits of this motion, and the Appellee agrees to this motion.

Eue J Jeong

CERTIFICATE OF SERVICE

This certifies that the undersigned served this motion on Eue J Jeong, the Appellant, by sending it to lead counsel for the Appellee, Texas Greenovation, LLC, Dr. Hyde.

The J. Hyde Law Office, PLLC
111 E 17th St Unit 12015
Austin TX 78701   on

May 20 2015

Eue J Jeong